**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 12–cv–00004–JDW–MAP

GLORIA J. ROBINSON, *individually,*

    Plaintiff,

vs.

PFG OF MINNESOTA, Inc.,
(doing business as "Pinnacle Financial Group")
*a Minnesota corporation,*

    Defendant.

## JOINT STIPULATION OF DISMISSAL

WHEREAS, Plaintiff and Defendant have arrived at a mutual agreement respecting the Plaintiff's claims;

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all claims which Plaintiff, GLORIA J. ROBINSON., has pending against the Defendant are dismissed without prejudice. The parties shall bear her and its own costs, including attorney's fees.

A proposed Order is attached hereto.

DATED: June 20, 2012        Respectfully submitted,

                                   */s/ Scott D. Owens*
                                   **SCOTT D. OWENS, ESQ.**
                                   Florida Bar No. 0597651
                                   664 East Hallandale Beach Blvd.
                                   Hallandale, FL 33009

Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*

*/s/ Robert Stultz*
**HOUSTON S. PARK, III**
Florida Bar No. 0958492
**ROBERT STULTZ**
Florida Bar No.: 0093082
Klein, Glasser, Park, Lowe & Pelstring, PL
200 S.W. 1st Avenue, Suite 830
Ft Lauderdale, FL 33301–2072
Tel: 561-655–1500
Fax: 561-659–2093
ParkH@KGPLP.com
StultzR@KGPLP.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Scott D. Owens*
      **SCOTT D. OWENS, ESQ.**