UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GLORIA J. ROBINSON,**
**individually,**

       **Plaintiff,**

vs.                                                         **Case No. 8:12-cv-00004-T-27MAP**

**PFG OF MINNESOTA, INC.,**
**d/b/a Pinnacle Financial Group,**
**a Minnesota corporation,**

       **Defendant.**
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal (Dkt. 13). Upon consideration, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice. The Clerk is directed to terminate any pending motions/deadlines and **CLOSE** this case.

**DONE AND ORDERED** in chambers this 25th day of June, 2011.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record